UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC MUCHMORE,

    Plaintiff,

v.                                                    Case No: 8:19-cv-1807-T-36AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on August 11, 2020 (Doc. 27). In the Report and Recommendation, Magistrate Judge Sansone recommends that Mr. Muchmore's motion for attorney's fees under the Equal Access to Justice Act (Doc. 26) be GRANTED and that he be awarded $1,308.45 in attorney's fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 26) is **GRANTED**.

(3) Attorney's fees in the amount of **$1,308.45** are awarded to Mr. Muchmore for the work performed under the EAJA. In light of Plaintiff's EAJA assignment, and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA Fees and pay fees directly to Plaintiff's counsel.

**DONE AND ORDERED** at Tampa, Florida on September 8, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record